| | | | | | | |
|---|---|---|---|---|---|---|
| **The Boeing Company** | Pay Begin Date: | | 04/18/2025 | Business Unit: | | WHQ |
| P. O. Box 3707, Mailcode 6X5-17 | Pay End Date: | | 05/01/2025 | Advice #: | | 087999456 |
| Seattle, WA  98124-2207 | Week 1: | | 04/18/25-04/24/25 | Advice Date: | | 05/08/2025 |
| | Week 2: | | 04/25/25-05/01/25 | Employer Phone Number: | | 866-473-2016 |

| **EMPLOYEE INFORMATION** | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Derrick Monell Edwards** | Employee ID: | | Marital Status: | S | N |
| 757 S Mole St | Location: | PA015 | Allowances: | 0 | N/A |
| Philadelphia, PA  19146 | FLSA WK1: | Non-Exempt | Addl. Amount: | 100.00 | 30.00 |
| USA | FLSA WK2: | Non-Exempt | Depend Amt: | .00 | |

| **HOURS AND EARNINGS** | | | | **TAXES** | | |
|---|---|---|---|---|---|---|
| | ---Current--- | | | | | |
| **Description** | **Shift** | **Rate** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Hours | 1 | 41.268750 | 80.0 | 3,301.50 | Fed Withholdng | 476.74 | 5,200.30 |
| | | | | | Fed Medicare | 48.00 | 514.63 |
| | | | | | Fed Social Sec | 205.26 | 2,200.49 |
| | | | | | PA Unempl EE | 2.31 | 24.79 |
| | | | | | PA Withholdng | 131.36 | 1,387.19 |
| | | | | | PA PHILA Withhold | 124.15 | 1,330.96 |
| **TOTAL:** | | | 80.0 | 3,301.50 | **TOTAL:** | 987.82 | 10,658.36 |

| **BEFORE-TAX DEDUCTIONS** | | **AFTER-TAX DEDUCTIONS** | | **EMPLOYER PAID BENEFITS** | |
|---|---|---|---|---|---|
| **Description** | **Current** | **Description** | **Current** | **Description** | **Current** |
| Boeing 401k Plan | 132.06 | Legal Ord-Student | 347.05 | PTO Hours Balance | 131.40 |
| | | 401k Loan One | 167.23 | Sick Leave Hours Balance | 2.5 |
| | | 401k Loan Two | 152.23 | *Co Paid Life Ins>$50K | 9.09 |
| **TOTAL:** | 132.06 | **TOTAL:** | 666.51 | ***TAXABLE:** | |

| | **TOTAL GROSS** | **FED TAXABLE GROSS** | **TOTAL TAXES** | **TOTAL DEDUCTIONS** | **NET PAY** |
|---|---|---|---|---|---|
| Current | 3,301.50 | 3,178.53 | 987.82 | 798.57 | 1,515.11 |
| YTD | 35,412.65 | 34,202.55 | 10,658.36 | 5,870.61 | 18,883.68 |

| **ELIGIBILITY DATES** | | **NET PAY DISTRIBUTION** | | | |
|---|---|---|---|---|---|
| PTO Eligibility | 11/22/2019 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| | | Advice #000000087999456 | Checking | *************7161 | 1,515.11 |
| | | **TOTAL:** | | | **1,515.11** |

# Paycheck Information

Paycheck Information is typically available the day before the pay date.

View other Paycheck Information: 04/10/2025

📄 Printable Paycheck

Payroll Information Report

| The Boeing Company | Pay Begin Date: | 03/21/2025 | Business Unit: | WHQ |
| --- | --- | --- | --- | --- |
| P. O. Box 3707, Mailcode 6X5-17 | Pay End Date: | 04/03/2025 | Advice #: | 087721610 |
| Seattle, WA 98124-2207 | Week 1: | 03/21/25 - 03/27/25 | Advice Date: | 04/10/2025 |
|  | Week 2: | 03/28/25 - 04/03/25 | Employer Phone Number: | 866-473-2016 |

| EMPLOYEE INFORMATION | | TAX DATA: | Federal | PA State |
| --- | --- | --- | --- | --- |
| **Derrick Monell Edwards** |  | Marital Status: | S | N |
| 757 S Mole St | Employee ID: | ▮ | | |
| Philadelphia, PA 19146 | Work Location: PA015 | Allowance: | 0 | N/A |
| USA | FLSA WK1: Non-Exempt | Addl. Amount: | 100.00 | 30.00 |
|  | FLSA WK2: Non-Exempt | Depend Amt: | .00 | |

### HOURS AND EARNINGS

------------------------ Current ------------------------

| Description | Shift | Rate | Hours | Earnings | Description | Current | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Regular Hours | 1 | 41.268750 | 70.5 | 2,909.45 | Fed Withholdng | 476.74 | 4,246.82 |
| Paid Time Off PTO | 1 | 41.268750 | 9.5 | 392.05 | Fed Medicare | 48.00 | 418.62 |
| | | | | | Fed Social Sec | 205.25 | 1,789.97 |
| | | | | | PA Unempl EE | 2.31 | 20.17 |
| | | | | | PA Withholdng | 131.36 | 1,124.47 |
| | | | | | PA PHILA Withhold | 124.15 | 1,082.66 |
| TOTAL: | | | 80.0 | 3,301.50 | TOTAL: | 987.81 | 8,682.71 |

| BEFORE-TAX DEDUCTIONS | | AFTER-TAX DEDUCTIONS | | EMPLOYER PAID BENEFITS | |
| --- | --- | --- | --- | --- | --- |
| Description | Current | Description | Current | Description | Current |
| Boeing 401k Plan | 132.06 | Legal Ord-Student | 347.05 | PTO Hours Balance | 119.50 |
| | | 401k Loan One | 167.23 | Sick Leave Hours Balance | 2.5 |
| | | 401k Loan Two | 152.23 | *Co Paid Life Ins>$50K | 9.09 |
| TOTAL: | 132.06 | TOTAL: | 666.51 | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 3,301.50 | 3,178.53 | 987.81 | 798.57 | 1,515.12 |
| YTD | 28,809.65 | 27,845.49 | 8,682.71 | 4,273.47 | 15,853.47 |

| ELIGIBILITY DATES | | NET PAY DISTRIBUTION | | | |
| --- | --- | --- | --- | --- | --- |
| PTO Eligibility | 11/22/2019 | Payment Type | Account Type | Account Number | Amount |
| | | Advice #000000087721610 | Checking | *************7161 | 1,515.12 |
| | | TOTAL: | | | 1,515.12 |

# Paycheck Information

Paycheck Information is typically available the day before the pay date.

View other Paycheck Information: 03/13/2025

 Printable Paycheck

Payroll Information Report

| | | |
|---|---|---|
| The Boeing Company | Pay Begin Date: 02/21/2025 | Business Unit: WHQ |
| P. O. Box 3707, Mailcode 6X5-17 | Pay End Date: 03/06/2025 | Advice #: 087441381 |
| Seattle, WA 98124-2207 | Week 1: 02/21/25 - 02/27/25 | Advice Date: 03/13/2025 |
| | Week 2: 02/28/25 - 03/06/25 | Employer Phone Number: 866-473-2016 |

| EMPLOYEE INFORMATION | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| **Derrick Monell Edwards** | Employee ID: ▇▇▇ | Marital Status: | S | N |
| 757 S Mole St | Work Location: PA015 | Allowance: | 0 | N/A |
| Philadelphia, PA 19146 | FLSA WK1: Non-Exempt | Addl. Amount: | 100.00 | 30.00 |
| USA | FLSA WK2: Non-Exempt | Depend Amt: | .00 | |

| HOURS AND EARNINGS | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|
| ------------------------ Current ------------------------ | | | | | | | |
| **Description** | **Shift** | **Rate** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Hours | 1 | 41.268750 | 78.0 | 3,218.96 | Fed Withholdng | 485.32 | 3,284.46 |
| Paid Time Off PTO | 1 | 41.268750 | 2.0 | 82.54 | Fed Medicare | 48.00 | 322.61 |
| | | | | | Fed Social Sec | 205.22 | 1,379.42 |
| | | | | | PA Unempl EE | 2.31 | 15.54 |
| | | | | | PA Withholdng | 131.36 | 861.75 |
| | | | | | PA PHILA Withhold | 124.12 | 834.34 |
| TOTAL: | | | 80.0 | 3,301.50 | TOTAL: | 996.33 | 6,698.12 |

| BEFORE-TAX DEDUCTIONS | | AFTER-TAX DEDUCTIONS | | EMPLOYER PAID BENEFITS | |
|---|---|---|---|---|---|
| **Description** | **Current** | **Description** | **Current** | **Description** | **Current** |
| Boeing 401k Plan | 132.06 | 401k Loan One | 167.23 | PTO Hours Balance | 113.60 |
| | | 401k Loan Two | 152.23 | Sick Leave Hours Balance | 2.5 |
| | | | | *Co Paid Life Ins>$50K | 8.40 |
| TOTAL: | 132.06 | TOTAL: | 319.46 | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,301.50 | 3,177.84 | 996.33 | 451.52 | 1,853.65 |
| YTD | 22,206.65 | 21,487.74 | 6,698.12 | 2,677.67 | 12,830.86 |

| ELIGIBILITY DATES | | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|
| PTO Eligibility | 11/22/2019 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| | | Advice #000000087441381 | Checking | *************1261 | 1,853.65 |
| | | TOTAL: | | | 1,853.65 |

# Paycheck Information

Paycheck Information is typically available the day before the pay date.

View other Paycheck Information: 03/27/2025

Printable Paycheck

Payroll Information Report

| The Boeing Company | Pay Begin Date: | 03/07/2025 | Business Unit: | WHQ |
|---|---|---|---|---|
| P. O. Box 3707, Mailcode 6X5-17 | Pay End Date: | 03/20/2025 | Advice #: | 087580586 |
| Seattle, WA 98124-2207 | Week 1: | 03/07/25 - 03/13/25 | Advice Date: | 03/27/2025 |
| | Week 2: | 03/14/25 - 03/20/25 | Employer Phone Number: | 866-473-2016 |

| EMPLOYEE INFORMATION | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Derrick Monell Edwards | Employee ID: | Marital Status: | S | N |
| 757 S Mole St | Work Location: PA015 | Allowance: | 0 | N/A |
| Philadelphia, PA 19146 | FLSA WK1: Non-Exempt | Addl. Amount: | 100.00 | 30.00 |
| USA | FLSA WK2: Non-Exempt | Depend Amt: | .00 | |

### HOURS AND EARNINGS / TAXES

------------------------ Current ------------------------

| Description | Shift | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| Regular Hours | 1 | 41.268750 | 80.0 | 3,301.50 | Fed Withholdng | 485.62 | 3,770.08 |
| | | | | | Fed Medicare | 48.01 | 370.62 |
| | | | | | Fed Social Sec | 205.30 | 1,584.72 |
| | | | | | PA Unempl EE | 2.32 | 17.86 |
| | | | | | PA Withholdng | 131.36 | 993.11 |
| | | | | | PA PHILA Withhold | 124.17 | 958.51 |
| TOTAL: | | | 80.0 | 3,301.50 | TOTAL: | 996.78 | 7,694.90 |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | Description | Current | Description | Current |
|---|---|---|---|---|---|
| Boeing 401k Plan | 132.06 | Legal Ord-Student | 345.71 | PTO Hours Balance | 121.30 |
| | | 401k Loan One | 167.23 | Sick Leave Hours Balance | 2.5 |
| | | 401k Loan Two | 152.23 | *Co Paid Life Ins>$50K | 9.09 |
| | | | | *Co Paid Life Ins>$50K Adj | .69 |
| TOTAL: | 132.06 | TOTAL: | 665.17 | *TAXABLE | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,301.50 | 3,179.22 | 996.78 | 797.23 | 1,507.49 |
| YTD | 25,508.15 | 24,666.96 | 7,694.90 | 3,474.90 | 14,338.35 |

### ELIGIBILITY DATES / NET PAY DISTRIBUTION

| | | Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|---|---|
| PTO Eligibility | 11/22/2019 | Advice #000000087580586 | Checking | *************1261 | 1,507.49 |
| | | TOTAL: | | | 1,507.49 |

| | | |
|---|---|---|
| **The Boeing Company**<br>P. O. Box 3707, Mailcode 6X5-17<br>Seattle, WA  98124-2207 | Pay Begin Date: 03/21/2025<br>Pay End Date: 04/03/2025<br>Week 1: 03/21/25-03/27/25<br>Week 2: 03/28/25-04/03/25 | Business Unit: WHQ<br>Advice #: 087721610<br>Advice Date: 04/10/2025<br>Employer Phone Number: 866-473-2016 |

## EMPLOYEE INFORMATION

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| **Derrick Monell Edwards**<br>757 S Mole St<br>Philadelphia, PA  19146<br>USA | Employee ID: <br>Location: PA015<br>FLSA WK1: Non-Exempt<br>FLSA WK2: Non-Exempt | Marital Status:<br>Allowances:<br>Addl. Amount:<br>Depend Amt: | S<br>0<br>100.00<br>.00 | N<br>N/A<br>30.00<br> |

## HOURS AND EARNINGS / TAXES

| | | --Current-- | | | | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Shift** | **Rate** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Hours | 1 | 41.268750 | 70.5 | 2,909.45 | Fed Withholdng | 476.74 | 4,246.82 |
| Paid Time Off PTO | 1 | 41.268750 | 9.5 | 392.05 | Fed Medicare | 48.00 | 418.62 |
| | | | | | Fed Social Sec | 205.25 | 1,789.97 |
| | | | | | PA Unempl EE | 2.31 | 20.17 |
| | | | | | PA Withholdng | 131.36 | 1,124.47 |
| | | | | | PA PHILA Withhold | 124.15 | 1,082.66 |
| **TOTAL:** | | | **80.0** | **3,301.50** | **TOTAL:** | **987.81** | **8,682.71** |

## BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | Description | Current | Description | Current |
|---|---|---|---|---|---|
| Boeing 401k Plan | 132.06 | Legal Ord-Student | 347.05 | PTO Hours Balance | 119.50 |
| | | 401k Loan One | 167.23 | Sick Leave Hours Balance | 2.5 |
| | | 401k Loan Two | 152.23 | *Co Paid Life Ins>$50K | 9.09 |
| **TOTAL:** | **132.06** | **TOTAL:** | **666.51** | ***TAXABLE:** | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,301.50 | 3,178.53 | 987.81 | 798.57 | 1,515.12 |
| YTD | 28,809.65 | 27,845.49 | 8,682.71 | 4,273.47 | 15,853.47 |

## ELIGIBILITY DATES / NET PAY DISTRIBUTION

| | | | | | |
|---|---|---|---|---|---|
| PTO Eligibility | 11/22/2019 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| | | Advice #000000087721610 | Checking | *************7161 | 1,515.12 |
| | | **TOTAL:** | | | **1,515.12** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **The Boeing Company** | Pay Begin Date: | | 04/04/2025 | Business Unit: | | WHQ |
| P. O. Box 3707, Mailcode 6X5-17 | Pay End Date: | | 04/17/2025 | Advice #: | | 087859693 |
| Seattle, WA  98124-2207 | Week 1: | | 04/04/25-04/10/25 | Advice Date: | | 04/24/2025 |
| | Week 2: | | 04/11/25-04/17/25 | Employer Phone Number: | | 866-473-2016 |

| **EMPLOYEE INFORMATION** | | | **TAX DATA:** | **Federal** | **PA State** |
|---|---|---|---|---|---|
| **Derrick Monell Edwards** | Employee ID: | | Marital Status: | S | N |
| 757 S Mole St | Location: | PA015 | Allowances: | 0 | N/A |
| Philadelphia, PA  19146 | FLSA WK1: | Non-Exempt | Addl. Amount: | 100.00 | 30.00 |
| USA | FLSA WK2: | Non-Exempt | Depend Amt: | .00 | |

### HOURS AND EARNINGS / TAXES

| Description | Shift | Rate | Hours | Earnings | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| | | ---Current--- | | | Fed Withholdng | 476.74 | 4,723.56 |
| Regular Hours | 1 | 41.268750 | 76.5 | 3,157.06 | Fed Medicare | 48.01 | 466.63 |
| Paid Time Off PTO | 1 | 41.268750 | 3.5 | 144.44 | Fed Social Sec | 205.26 | 1,995.23 |
| | | | | | PA Unempl EE | 2.31 | 22.48 |
| | | | | | PA Withholdng | 131.36 | 1,255.83 |
| | | | | | PA PHILA Withhold | 124.15 | 1,206.81 |
| **TOTAL:** | | | **80.0** | **3,301.50** | **TOTAL:** | **987.83** | **9,670.54** |

### BEFORE-TAX DEDUCTIONS / AFTER-TAX DEDUCTIONS / EMPLOYER PAID BENEFITS

| Description | Current | Description | Current | Description | Current |
|---|---|---|---|---|---|
| Boeing 401k Plan | 132.06 | Legal Ord-Student | 347.05 | PTO Hours Balance | 123.70 |
| | | 401k Loan One | 167.23 | Sick Leave Hours Balance | 2.5 |
| | | 401k Loan Two | 152.23 | *Co Paid Life Ins>$50K | 9.09 |
| **TOTAL:** | **132.06** | **TOTAL:** | **666.51** | ***TAXABLE:** | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 3,301.50 | 3,178.53 | 987.83 | 798.57 | 1,515.10 |
| YTD | 32,111.15 | 31,024.02 | 9,670.54 | 5,072.04 | 17,368.57 |

### ELIGIBILITY DATES / NET PAY DISTRIBUTION

| | | | | | |
|---|---|---|---|---|---|
| PTO Eligibility | 11/22/2019 | **Payment Type** | **Account Type** | **Account Number** | **Amount** |
| | | Advice #000000087859693 | Checking | *************7161 | 1,515.10 |
| | | **TOTAL:** | | | **1,515.10** |