**IN THE UNITED STATES BANKRUPTCY COURT**
**Eastern District of Pennsylvania**
**Philadelphia Division**

| | |
|---|---|
| In re<br>Derrick Monell Edwards ) ) ) ) ) )<br>Debtor(s) ) | Chapter 13<br><br>Case Number. 25-11947<br><br>Derek J Baker |

Atlas Acquisitions, LLC hereby withdraws the following proof of claim:

1. Proof of Claim Number 3

WHEREFORE, Atlas Acquisitions, LLC hereby withdraws its Proof of Claim Number 3 .

Dated: 06/09/2025

By: /s/ Avi Schild
Avi Schild
c/o UHG I LLC
294 Union St.
Hackensack, NJ 07601
(888) 762-9889