B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

EASTERN DISTRICT OF PA

In Re:  
DERRICK MONELL EDWARDS

Case No. 2511947

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

LendingClub Bank, NA  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 11  
Amount of Claim: $6,670.38  
Date Claim Filed: 07/16/2025

Phone: (877)829-8298  
Last Four Digits of Acct #: 0210

Phone:  
Last Four Digits of Acct #: 0210

Name and Address where transferee payments should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
LENDINGCLUB CORPORATION AS SERVICER  
FOR PAGAYA AI DEBT GRANTOR TRUST 2022-4  
595 MARKET STREET  
SUITE 200  
SAN FRANCISCO CA 94105

Phone: (877)829-8298  
Last Four Digits of Acct #: 0210

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ James Parker  
-------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@prareceivables.com

Date: 8/19/2025

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on July 25, 2025, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned (other than LendingClub) has authorized LendingClub to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:              25-706

Total Unpaid Balance:    ▮▮▮▮▮▮

Number of Accounts:      ▮

DATED: July 25, 2025

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Corporation

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Alliant Credit Union

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Central Pacific Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Centreville Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: CIGPF I Corp.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A45A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Dynamic Credit Loan Investment DAC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: HCG Digital Finance Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: HCG Finance DAC Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: IBI 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: KIWI SPV 2019, LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long* (Signed by: 40142BB81E8A43A...)
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2021-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-LCX3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Loan Certificate Issuer Trust, Series 2022-NP5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P16

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust Series, 2023-P8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P15

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P17

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P19

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P21

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _/s/ Riley Long_____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P9

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P14

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P15

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P16

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P20

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P23

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P26

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P28

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Riley Long
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P32

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Riley Long
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P37

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Riley Long
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Riley Long
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: /s/ Riley Long
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-SP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-SP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Leo Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Liberty Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Libra Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Loan Asset Holdings Trust, 2024-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lynx 1 Note Issuer Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lyric Acquisitions OV Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Merrick Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: MPLI Capital Holdings

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: NBT Bank, National Association

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Oceanview LC Acquisition Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2021-5

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2022-4

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2023-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2023-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2023-7

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-10

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-8

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-S1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-R1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya Funding Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya Funding Trust X

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Popular Bank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Prime Meridian Income Fund, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: SPC Receivables Funding II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Grantor Trust 2022-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Grantor Trust 2023-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem GS Term Loan Grantor Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Prime+ Yield Fund Master LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Riley Long_ _____
Name (print): Riley Long
Title: SVP, Treasurer

Case 25-11947-djs    Doc 14    Filed 08/20/25    Entered 08/20/25 09:41:00    Desc Main
Document      Page 16 of 19

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Webster Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Alternative Lending Holdings Trust III

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings II Trust 2021-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Loan Asset Holdings Trust II 2022-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A—
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee for Loan Asset Holdings Trust 2021 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A—
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holdings Trust 2020 M-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Riley Long*
—40142BB81E8A43A—
Name (print): Riley Long
Title: SVP, Treasurer