United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-11947-djb
Derrick Monell Edwards  Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Sep 18, 2025  Form ID: 155  Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Derrick Monell Edwards, 757 S Mole St, Philadelphia, PA 19146-2145 |
| 15009039 | + | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 15009047 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15009050 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15009053 | | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |
| 15009056 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 15009026 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 19 2025 00:22:00 | AAFES, Attn: Bankruptcy, PO Box 650060, Dallas, TX 75265-0060 |
| 15016114 | | Email/Text: bnc@atlasacq.com | Sep 19 2025 00:22:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15021348 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:19:39 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15031975 | + | Email/Text: BankruptcyNotices@aafes.com | Sep 19 2025 00:22:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 15009027 | + | Email/Text: bk@avant.com | Sep 19 2025 00:23:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 15009028 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 19 2025 00:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15009029 | | Email/Text: rm-bknotices@bridgecrest.com | Sep 19 2025 00:23:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 15011564 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:32:06 | Bridgecrest Credit Company, LLC as, Agent and Servicer for Carvana, LLC, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15011299 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:20:46 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15009032 | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15009030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:32:08 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15009031 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 25-11947-djb    Doc 21    Filed 09/20/25    Entered 09/21/25 00:37:42    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 155 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15032943 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:32:21 | Capital One Auto Finance, c/o Ais Portfolio Services, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| | | | Sep 19 2025 00:32:23 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15009033 | | Email/Text: bankruptcy@philapark.org | Sep 19 2025 00:23:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15009034 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2025 00:31:48 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15009036 | | Email/Text: BNSFN@capitalsvcs.com | Sep 19 2025 00:22:00 | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 15009035 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 19 2025 00:23:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15009037 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15009038 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2025 00:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15029567 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2025 00:23:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15031040 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2025 00:21:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15009040 | + | Email/Text: Documentfiling@lciinc.com | Sep 19 2025 00:22:00 | Lending Club, Attn: Bankruptcy, 595 Market st, San Francisco, CA 94105-5839 |
| 15029558 | + | Email/Text: Documentfiling@lciinc.com | Sep 19 2025 00:22:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15009041 | | Email/Text: EBNBKNOT@ford.com | Sep 19 2025 00:23:00 | Lincoln Automotive Finance, Attn: Bankrutcy, PO Box 542000, Omaha, NE 68154-8000 |
| 15015173 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:20:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15009042 | | Email/Text: ml-ebn@missionlane.com | Sep 19 2025 00:22:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 15009043 | | Email/Text: EBN@Mohela.com | Sep 19 2025 00:22:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 15035629 | | Email/Text: EBN@Mohela.com | Sep 19 2025 00:22:00 | US Department of Education/MOHELA, 633 Spirit Dr., Chesterfield, MO 63005 |
| 15009044 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2025 00:23:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15009045 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2025 00:23:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15027464 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 19 2025 00:23:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15009046 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2025 00:23:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 15011146 | + | Email/PDF: cbp@omf.com | Sep 19 2025 00:31:50 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15026348 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:32:01 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15009048 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15009049 | ^ | MEBN | Sep 19 2025 00:14:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15009051 | | Email/Text: bankruptcy@philapark.org | Sep 19 2025 00:23:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15009052 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:21:36 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 15019631 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2025 00:23:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 15009054 | + | Email/Text: bankruptcydepartment@tsico.com | Sep 19 2025 00:23:00 | Transworld System Inc, PO Box 15630, Wilmington, DE 19850-5630 |
| 15017114 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2025 00:23:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 15009055 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 19 2025 00:23:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15009057 | | Email/Text: bkelectronicnotices@usaa.com | Sep 19 2025 00:22:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 15031407 | + | Email/Text: RASEBN@raslg.com | Sep 19 2025 00:22:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15009058 | + | Email/PDF: cbp@omf.com | Sep 19 2025 00:31:49 | WebBank/OneMain, Attn: Bankruptcy, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 15009059 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 19 2025 00:32:14 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15027474 | * | Navy Federal Credit Union Attn Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 15040964 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 155 | Total Noticed: 52 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Derrick Monell Edwards help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Derrick Monell Edwards  )  Case No. 25−11947−djb
   )
   )
Debtor(s).  )  Chapter: 13
   )
   )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

   **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 18, 2025

                           For The Court

                           Derek J Baker
                           Judge, United States Bankruptcy Court